Peter Strojnik (Sr.),
7847 N. Central Ave.
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK (Sr.),<br><br>Plaintiff,<br><br>vs.<br><br>NAPA HOTEL & RESTAURANT, LLC. DBA BEST WESTERN PLUS INN AT THE VINES,<br><br>Defendant. | Case No: 4:20-cv-01050-DMR<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties stipulate that the above case be dismissed with prejudice, each party to pay its own costs and fees.

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for Defendant Napa Hotel & Restaurant, LLC, and that I have obtained Mr. Morin's authorization to affix his electronic signature to this document.

RESPECTFULLY SUBMITTED this 6th day of March 2020.

**PETER STROJNIK**
*/s/ Peter Strojnik*
Plaintiff

**LAW OFFICE OF RICK MORIN, PC**
*/s/ Richard Morin*
Counsel for Defendant

ECF filed